UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Kinsman,

                              Petitioner,

          -against-

Boyce Rawson,

                              Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2022

1:22-cv-03338 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    No later than May 17, 2022, Petitioner shall file any opposition to Respondent's letter motion to consolidate filed at ECF No. 11. No later than May 24, 2022, Respondent shall file any reply.

**SO ORDERED.**

Dated:     New York, New York
             May 5, 2022

                                                    _/s/ Stewart D. Aaron_
                                                  STEWART D. AARON
                                                  United States Magistrate Judge